## WM. RICHARDSON v. THE STATE.

A married man and a colored woman, not his wife, lived together for a series of months, in the same room, wherein there was but one bed, and with no other attendant but a small child: *Held* to be strong evidence of cohabitation in adultery, and sufficient to warrant a verdict of conviction.

APPEAL from the Criminal Court of the county of Galveston. Tried below before the Hon. Sam. Dodge.

The opinion of this court, brief though it is, condenses all the material facts of the case.

*Sherwood & Flournoy*, for the appellant.

*Wm. Alexander*, Attorney General, for the State, cited 1 Greenleaf's Evidence, §§ 40, 41.

Walker, J.—For a married man and a colored woman, not his wife, to live together in the same room, in the same house, where there is but one bed in the room, and no other attendant except a small child, and thus to live for a series of months, is strong evidence that the parties are living in adultery.

The offense was sufficiently made out, we think, to justify the jury in their finding. The judgment is affirmed.

Affirmed.